IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1216-JLK**

**SUSAN A. GOODWIN and**
**CRISSA J. AIRRIK,**

       Plaintiffs,

v.

**ISLE OF CAPRI CASINOS, INC.,**

       Defendants.

## ORDER OF DISMISSAL

Kane, J.

This case was filed on June 14, 2004. In a response to an Order to Show Cause dated November 5, 2004, Plaintiff s requested additional time to file and serve an amended complaint. Despite a court order allowing Plaintiffs an additional 90 days to file and serve their amended complaint, no further action has been taken. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated this 8th day of November, 2005.

                                      BY THE COURT:

                                      S/**John L. Kane**
                                      Senior Judge, United States District Court